IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. | ORDER TO DISMISS VIOLATIONS AND QUASH ARREST WARRANTS MISSOULA SITE CVB Violation Nos: |
|---|---|
| NOAH J. PUSKAR | 9:17-po-05065 |
| STEPHEN A. AUEN | 9:17-po-05070 |
| JOHN R. HOLMES | 9:17-po-05081 |
| JASON C. HOSKINSON | 9:17-po-05082 |
| CHRISTOPHER J. KOPPIN | 9:17-po-05083 |
| GLENN L. SLEEPER | 9:17-po-05088 |
| NICK V. PLATZ | 9:17-po-05091 |
| JAY L. ARELLANO | 9:17-po-05095 |
| CRYSTAL DARNEAL | 9:17-po-05100 |
| DOUGLAS E. HAAS | 9:17-po-05104 |
| DONALD I. MITCHELL | 9:17-po-05110 |
| CHRISTOPHER R. PALACIOS | 9:17-po-05114 |
| ALAINA A. STINSON | 9:17-po-05118 |
| ELIJAH D. JANACARO | 9:17-po-05123 |
| DEBORAH ELLIOT | 9:18-po-05004 |
| CAIN J. JOPEK | 9:18-po-05007 |
| MICHAEL SAVASUK | 9:18-po-05011 |
| TAYLOR M. HOLMES | 9:18-po-05018 |
| DARRYL GLASS | 9:18-po-005020 |
| KRISTOPHER J. DARNEAL | 9:18-po-05021 |
| KENT STEWARD | 9:18-po-05025 |
| ERIC V. CLINE | 9:18-po-05029 |
| MARIAH DAVIS | 9:18-po-05031 |
| ALICIA N. MITCHELL | 9:18-po-05034 |
| EDDIE S. MOOSMAN | 9:18-po-05035 |

1

| | |
|---|---|
| **KRISTEN M. PETERSEN** | 9:18-po-05037 |
| **IAN C. PETERSON** | 9:18-po-05038 |
| **TERRY HOLLINGSWORTH** | 9:18-po-05043 |
| **JEREMY D. BARNES** | 9:18-po-05044 |
| **CHRISTOPHER L. HARRIS** | 9:18-po-05049 |
| **CLIFTON A. KOERNER** | 9:18-po-05050 |
| **OMAR O. PEREZ** | 9:18-po-05055 |
| **THOMAS O. CHEFF** | 9:19-po-05002 |
| **NORMAN B. FRITZ** | 9:19-po-05004 |
| **LOWELL J. GROSVOLD** | 9:19-po-05005 |
| **DOUGLAS G. HOSTETLER** | 9:19-po-05008 |
| **JOHN M. ROBERTS** | 9:19-po-05011 |
| **LAYNE S. MACE** | 9:19-po-05012 |
| **LUKE A. MATHEWS** | 9:19-po-05013 |
| **LARRY H. CUSTARD** | 9:19-po-05021 |
| **ROBERT F. LACHENAUER** | 9:19-po-05023 |
| **BRANDON D. ADAMS** | 9:19-po-05029, |
| **CYNTHIA A. BRIGHT** | 9:19-po-05030 |
| **JAMES W. JONES** | 9:19-po-05034 |
| **BREANNA L. LEDFORD** | 9:19-po-05036 |
| **DERRIS REISTER** | 9:19-po-05041 |
| **STEVEN M. SNYDER** | 9:19-po-05043 |
| **EZRA TAYLOR** | 9:19-po-05044 |
| **BRANDON D. ADAMS** | 9:20-po-05001 |
| **RAGAN L. CONVERSE** | 9:20-po-05004 |
| **TIMOTHY J. PRATT** | 9:20-po-05010, 9:20-po-05011, 9:20-po-05021 |
| **FEDOR TOPORKOV** | 9:20-po-05016 |
| **KRISTOPHER D. KELLERMACE,** | 9:20-po-05025 |
| **Defendants.** | |

2

The United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, having moved for an order dismissing all violations set forth above and quashing the corresponding outstanding arrest warrants and good cause appearing,

IT IS HEREBY ORDERED that the listed citations are dismissed.

IT IS FURTHER ORDERED that all outstanding arrest warrants are quashed.

Dated this 15th day of November, 2021.

KATHLEEN L. DESOTO
United States Magistrate Judge

JENNIFER S. CLARK
Assistant U.S. Attorney
P.O. Box 8329
Missoula, Montana 59807
Phone: (406) 542-8851
FAX:   (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH J. PUSKAR<br>STEPHEN A. AUEN<br>JOHN R. HOLMES<br>JASON C. HOSKINSON<br>CHRISTOPHER J. KOPPIN<br>GLENN L. SLEEPER<br>NICK V. PLATZ<br>JAY L. ARELLANO<br>CRYSTAL DARNEAL<br>DOUGLAS E. HAAS<br>DONALD I. MITCHELL<br>CHRISTOPHER R. PALACIOS<br>ALAINA A. STINSON<br>ELIJAH D. JANACARO<br>DEBORAH ELLIOT<br>CAIN J. JOPEK<br>MICHAEL SAVASUK<br>TAYLOR M. HOLMES<br>DARRYL GLASS | MOTION TO DISMISS VIOLATIONS AND QUASH ARREST WARRANTS MISSOULA SITE<br>CVB Violation Nos:<br><br>9:17-po-05065<br>9:17-po-05070<br>9:17-po-05081<br>9:17-po-05082<br>9:17-po-05083<br>9:17-po-05088<br>9:17-po-05091<br>9:17-po-05095<br>9:17-po-05100<br>9:17-po-05104<br>9:17-po-05110<br>9:17-po-05114<br>9:17-po-05118<br>9:17-po-05123<br>9:18-po-05004<br>9:18-po-05007<br>9:18-po-05011<br>9:18-po-05018<br>9:18-po-005020 |
|---|---|

1

| | |
|---|---|
| KRISTOPHER J. DARNEAL | 9:18-po-05021 |
| KENT STEWARD | 9:18-po-05025 |
| ERIC V. CLINE | 9:18-po-05029 |
| MARIAH DAVIS | 9:18-po-05031 |
| ALICIA N. MITCHELL | 9:18-po-05034 |
| EDDIE S. MOOSMAN | 9:18-po-05035 |
| KRISTEN M. PETERSEN | 9:18-po-05037 |
| IAN C. PETERSON | 9:18-po-05038 |
| TERRY HOLLINGSWORTH | 9:18-po-05043 |
| JEREMY D. BARNES | 9:18-po-05044 |
| CHRISTOPHER L. HARRIS | 9:18-po-05049 |
| CLIFTON A. KOERNER | 9:18-po-05050 |
| OMAR O. PEREZ | 9:18-po-05055 |
| THOMAS O. CHEFF | 9:19-po-05002 |
| NORMAN B. FRITZ | 9:19-po-05004 |
| LOWELL J. GROSVOLD | 9:19-po-05005 |
| DOUGLAS G. HOSTETLER | 9:19-po-05008 |
| JOHN M. ROBERTS | 9:19-po-05011 |
| LAYNE S. MACE | 9:19-po-05012 |
| LUKE A. MATHEWS | 9:19-po-05013 |
| LARRY H. CUSTARD | 9:19-po-05021 |
| ROBERT F. LACHENAUER | 9:19-po-05023 |
| BRANDON D. ADAMS | 9:19-po-05029, |
| CYNTHIA A. BRIGHT | 9:19-po-05030 |
| JAMES W. JONES | 9:19-po-05034 |
| BREANNA L. LEDFORD | 9:19-po-05036 |
| DERRIS REISTER | 9:19-po-05041 |
| STEVEN M. SNYDER | 9:19-po-05043 |
| EZRA TAYLOR | 9:19-po-05044 |
| BRANDON D. ADAMS | 9:20-po-05001 |
| RAGAN L. CONVERSE | 9:20-po-05004 |
| TIMOTHY J. PRATT | 9:20-po-05010, 9:20-po-05011, 9:20-po-05021 |
| FEDOR TOPORKOV | 9:20-po-05016 |
| KRISTOPHER D. KELLERMACE, | 9:20-po-05025 |
| Defendants. | |

The United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, moves the Court for an order dismissing the above citation in the interest of justice and quashing any outstanding warrants. A proposed order accompanies this motion.

DATED this 29th day of October, 2021.

                                        LEIF M. JOHNSON
                                      Acting United States Attorney

                                      _____/s/ Jennifer S. Clark_____
                                      JENNIFER S. CLARK
                                      Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 47.1, I hereby certify that the foregoing document is proportionately spaced, has a typeface of 14 points or more.

DATED this 29th day of October, 2021.

     /s/ Jennifer S. Clark
JENNIFER S. CLARK
Assistant U.S. Attorney

| Case Number | Case Title | Case Filed | Office | Defendant | Added |
|---|---|---|---|---|---|
| 9:17-po-05065-KLD | USA vs Puskar | Case filed: 05/24/2017 | Office: Missoula | 1 - Noah J Puskar | Added: 05/24/2017 |
| 9:17-po-05067-KLD | USA vs Roe | Case filed: 05/25/2017 | Office: Missoula | 1 - James J Roe | Added: 05/25/2017 |
| 9:17-po-05070-KLD | USA vs Auen | Case filed: 08/31/2017 | Office: Missoula | 1 - Stephen A Auen | Added: 08/31/2017 |
| 9:17-po-05074-KLD | USA vs Cahoon | Case filed: 08/31/2017 | Office: Missoula | **1 - Justin R Cahoon** | Added: 08/31/2017 |
| 9:17-po-05081-KLD | USA vs Holmes | Case filed: 08/31/2017 | Office: Missoula | 1 - John R Holmes | Added: 08/31/2017 |
| 9:17-po-05082-KLD | USA vs Hoskinson | Case filed: 08/31/2017 | Office: Missoula | 1 - Jason C Hoskinson | Added: 08/31/2017 |
| 9:17-po-05083-KLD | USA vs Koppin | Case filed: 08/31/2017 | Office: Missoula | 1 - Christopher J Koppin | Added: 08/31/2017 |
| 9:17-po-05085-KLD | USA vs Mckay | Case filed: 08/31/2017 | Office: Missoula | **1 - Clare G Mckay** | Added: 08/31/2017 |
| 9:17-po-05088-KLD | USA vs Sleeper | Case filed: 08/31/2017 | Office: Missoula | 1 - Glenn L Sleeper | Added: 08/31/2017 |
| 9:17-po-05091-KLD | USA vs Platz | Case filed: 08/31/2017 | Office: Missoula | 1 - Nick V Platz | Added: 08/31/2017 |
| 9:17-po-05095-KLD | USA vs Arellano | Case filed: 11/22/2017 | Office: Missoula | 1 - Jay L Arellano | Added: 11/22/2017 |
| 9:17-po-05098-KLD | USA vs Colligan | Case filed: 11/22/2017 | Office: Missoula | 1 - Christopher A Colligan | Added: 11/22/2017 |
| 9:17-po-05100-KLD | USA vs Darneal | Case filed: 11/22/2017 | Office: Missoula | 1 - Crystal Darneal | Added: 11/22/2017 |
| 9:17-po-05104-KLD | USA vs Haas | Case filed: 11/22/2017 | Office: Missoula | 1 - Douglas E Haas | Added: 11/22/2017 |
| 9:17-po-05110-KLD | USA vs Mitchell | Case filed: 11/22/2017 | Office: Missoula | 1 - Donald I Mitchell | Added: 11/22/2017 |
| 9:17-po-05114-KLD | USA vs Palacios | Case filed: 11/22/2017 | Office: Missoula | 1 - Christopher R Palacios | Added: 11/22/2017 |
| 9:17-po-05118-KLD | USA vs Stinson | Case filed: 11/22/2017 | Office: Missoula | 1 - Alaina A Stinson | Added: 11/22/2017 |
| 9:17-po-05120-KLD | USA vs Vandermeulen | Case filed: 11/22/2017 | Office: Missoula | **1 - John P Vandermeulen** | Added: 11/22/2017 |
| 9:17-po-05123-KLD | USA v. Janacaro | Case filed: 12/28/2017 | Office: Missoula | 1 - Elijah D Janacaro | Added: 12/28/2017 |
| 9:18-po-05004-KLD | USA vs Elliot | Case filed: 03/21/2018 | Office: Missoula | 1 - Deborah Elliot | Added: 03/21/2018 |
| 9:18-po-05007-KLD | USA vs Jopek | Case filed: 03/21/2018 | Office: Missoula | 1 - Cain J Jopek | Added: 03/21/2018 |
| 9:18-po-05009-KLD | USA vs Mitchell | Case filed: 03/21/2018 | Office: Missoula | 1 - Eugene D Mitchell | Added: 03/21/2018 |
| 9:18-po-05010-KLD | USA vs Mitchell | Case filed: 03/21/2018 | Office: Missoula | 1 - Eugene D Mitchell | Added: 03/21/2018 |
| 9:18-po-05011-KLD | USA vs Savasuk | Case filed: 03/21/2018 | Office: Missoula | 1 - Michael Savasuk | Added: 03/21/2018 |
| 9:18-po-05018-KLD | USA vs Holmes | Case filed: 03/22/2018 | Office: Missoula | 1 - Taylor M Holmes | Added: 03/22/2018 |
| 9:18-po-05020-KLD | USA vs Glass | Case filed: 05/24/2018 | Office: Missoula | 1 - Darryl Glass | Added: 05/24/2018 |
| 9:18-po-05021-KLD | USA vs Darneal | Case filed: 05/24/2018 | Office: Missoula | 1 - Kristopher J Darneal | Added: 05/24/2018 |
| 9:18-po-05025-KLD | USA vs Steward | Case filed: 05/24/2018 | Office: Missoula | 1 - Kent Steward | Added: 05/24/2018 |
| 9:18-po-05027-KLD | USA vs Parker | Case filed: 05/25/2018 | Office: Missoula | 1 - Troy S Parker | Added: 05/25/2018 |
| 9:18-po-05028-KLD | USA vs Chinikaylo | Case filed: 08/23/2018 | Office: Missoula | 1 - Maksim I Chinikaylo | Added: 08/23/2018 |
| 9:18-po-05029-KLD | USA vs Cline | Case filed: 08/23/2018 | Office: Missoula | 1 - Eric V Cline | Added: 08/23/2018 |
| 9:18-po-05031-KLD | USA vs Davis | Case filed: 08/23/2018 | Office: Missoula | 1 - Mariah Davis | Added: 08/23/2018 |
| 9:18-po-05034-KLD | USA vs Mitchell | Case filed: 08/23/2018 | Office: Missoula | 1 - Alicia N Mitchell | Added: 08/23/2018 |
| 9:18-po-05035-KLD | USA vs Moosman | Case filed: 08/23/2018 | Office: Missoula | 1 - Eddie S Moosman | Added: 08/23/2018 |

| Case | Title | Filed | Office | Defendant | Added |
|---|---|---|---|---|---|
| 9:18-po-05037-KLD | USA vs Petersen | Case filed: 08/23/2018 | Office: Missoula | 1 - Kristen M Petersen | Added: 08/23/2018 |
| 9:18-po-05038-KLD | USA vs Peterson | Case filed: 08/23/2018 | Office: Missoula | 1 - Ian C Peterson | Added: 08/23/2018 |
| 9:18-po-05043-KLD | USA vs Hollingsworth | Case filed: 08/23/2018 | Office: Missoula | 1 - Terry Hollingsworth | Added: 08/23/2018 |
| 9:18-po-05044-KLD | USA vs Barnes | Case filed: 11/21/2018 | Office: Missoula | 1 - Jeremy D Barnes | Added: 11/21/2018 |
| 9:18-po-05049-KLD | USA vs Harris | Case filed: 11/21/2018 | Office: Missoula | 1 - Christopher L Harris | Added: 11/21/2018 |
| 9:18-po-05050-KLD | USA vs Koerner | Case filed: 11/21/2018 | Office: Missoula | 1 - Clifton A Koerner | Added: 11/21/2018 |
| 9:18-po-05055-KLD | USA vs Perez | Case filed: 11/21/2018 | Office: Missoula | 1 - Omar O Perez | Added: 11/21/2018 |
| 9:19-po-05002-KLD | USA vs Cheff | Case filed: 05/30/2019 | Office: Missoula | 1 - Thomas O Cheff | Added: 05/30/2019 |
| 9:19-po-05004-KLD | USA vs Fritz | Case filed: 05/30/2019 | Office: Missoula | 1 - Norman B Fritz | Added: 05/30/2019 |
| 9:19-po-05005-KLD | USA vs Grosvold | Case filed: 05/30/2019 | Office: Missoula | 1 - Lowell J Grosvold | Added: 05/30/2019 |
| 9:19-po-05008-KLD | USA vs Hostetler | Case filed: 05/30/2019 | Office: Missoula | 1 - Douglas G Hostetler | Added: 05/30/2019 |
| 9:19-po-05011-KLD | USA vs Roberts | Case filed: 05/30/2019 | Office: Missoula | 1 - John M Roberts | Added: 05/30/2019 |
| 9:19-po-05012-KLD | USA vs Mace | Case filed: 05/30/2019 | Office: Missoula | 1 - Layne S Mace | Added: 05/30/2019 |
| 9:19-po-05013-KLD | USA vs Mathews | Case filed: 05/30/2019 | Office: Missoula | 1 - Luke A Mathews | Added: 05/30/2019 |
| 9:19-po-05021-KLD | USA vs Custard | Case filed: 08/22/2019 | Office: Missoula | 1 - Larry H Custard | Added: 08/22/2019 |
| 9:19-po-05023-KLD | USA vs Lachenauer | Case filed: 08/22/2019 | Office: Missoula | 1 - Robert F Lachenauer | Added: 08/22/2019 |
| 9:19-po-05029-KLD | USA vs Adams | Case filed: 11/20/2019 | Office: Missoula | 1 - Brandon D Adams | Added: 11/20/2019 |
| 9:19-po-05030-KLD | USA vs Bright | Case filed: 11/20/2019 | Office: Missoula | 1 - Cynthia A Bright | Added: 11/20/2019 |
| 9:19-po-05034-KLD | USA vs Jones | Case filed: 11/20/2019 | Office: Missoula | 1 - James W Jones | Added: 11/20/2019 |
| 9:19-po-05036-KLD | USA vs Ledford | Case filed: 11/20/2019 | Office: Missoula | 1 - Breanna L Ledford | Added: 11/20/2019 |
| 9:19-po-05041-KLD | USA vs Reister | Case filed: 11/20/2019 | Office: Missoula | 1 - Derris Reister | Added: 11/20/2019 |
| 9:19-po-05042-KLD | USA vs Richardson | Case filed: 11/20/2019 | Office: Missoula | 1 - Johnny L Richardson | Added: 11/20/2019 |
| 9:19-po-05043-KLD | USA vs Snyder | Case filed: 11/20/2019 | Office: Missoula | 1 - Steven M Snyder | Added: 11/20/2019 |
| 9:19-po-05044-KLD | USA vs Taylor | Case filed: 11/20/2019 | Office: Missoula | 1 - Ezra Taylor | Added: 11/20/2019 |
| 9:19-po-05046-KLD | USA vs Steele | Case filed: 11/21/2019 | Office: Missoula | **1 - Robert C Steele** | Added: 11/21/2019 |
| 9:19-po-05047-KLD | USA vs Eslinger | Case filed: 11/21/2019 | Office: Missoula | **1 - Adrian J Eslinger** | Added: 11/21/2019 |
| 9:19-po-05029-KLD | USA vs Adams | Case filed: 11/20/2019 | Office: Missoula | 1 - Brandon D Adams | Added: 11/20/2019 |
| 9:19-po-05030-KLD | USA vs Bright | Case filed: 11/20/2019 | Office: Missoula | 1 - Cynthia A Bright | Added: 11/20/2019 |
| 9:19-po-05034-KLD | USA vs Jones | Case filed: 11/20/2019 | Office: Missoula | 1 - James W Jones | Added: 11/20/2019 |
| 9:19-po-05036-KLD | USA vs Ledford | Case filed: 11/20/2019 | Office: Missoula | 1 - Breanna L Ledford | Added: 11/20/2019 |
| 9:19-po-05042-KLD | USA vs Richardson | Case filed: 11/20/2019 | Office: Missoula | 1 - Johnny L Richardson | Added: 11/20/2019 |
| 9:19-po-05043-KLD | USA vs Snyder | Case filed: 11/20/2019 | Office: Missoula | 1 - Steven M Snyder | Added: 11/20/2019 |
| 9:19-po-05044-KLD | USA vs Taylor | Case filed: 11/20/2019 | Office: Missoula | 1 - Ezra Taylor | Added: 11/20/2019 |
| 9:19-po-05046-KLD | USA vs Steele | Case filed: 11/21/2019 | Office: Missoula | **1 - Robert C Steele** | Added: 11/21/2019 |

| Case | Title | Filed | Office | Defendant | Added |
|---|---|---|---|---|---|
| 9:19-po-05047-KLD | USA vs Eslinger | Case filed: 11/21/2019 | Office: Missoula | **1 - Adrian J Eslinger** | Added: 11/21/2019 |
| 9:20-po-05001-KLD | USA vs Adams | Case filed: 02/19/2020 | Office: Missoula | 1 - Brandon D Adams | Added: 02/19/2020 |
| 9:20-po-05004-KLD | USA vs Converse | Case filed: 02/19/2020 | Office: Missoula | 1 - Ragan L Converse | Added: 02/19/2020 |
| 9:20-po-05010-KLD | USA vs Pratt | Case filed: 02/19/2020 | Office: Missoula | 1 - Timothy J Pratt | Added: 02/19/2020 |
| 9:20-po-05011-KLD | USA vs Pratt | Case filed: 02/19/2020 | Office: Missoula | 1 - Timothy J Pratt | Added: 02/19/2020 |
| 9:20-po-05015-KLD | USA vs Siefke | Case filed: 02/19/2020 | Office: Missoula | **1 - Ronald Siefke** | Added: 02/19/2020 |
| 9:20-po-05016-KLD | USA vs Toporkov | Case filed: 02/19/2020 | Office: Missoula | 1 - Fedor Toporkov | Added: 02/19/2020 |
| 9:20-po-05021-KLD | USA vs Pratt | Case filed: 02/20/2020 | Office: Missoula | 1 - Timothy J Pratt | Added: 02/20/2020 |
| 9:20-po-05023-KLD | USA vs Forte | Case filed: 05/20/2020 | Office: Missoula | 1 - Christopher N Forte | Added: 05/20/2020 |
| 9:20-po-05025-KLD | USA vs Kellermace | Case filed: 05/20/2020 | Office: Missoula | 1 - Kristopher D Kellermace | Added: 05/20/2020 |
| 9:20-po-05032-KLD | USA vs Vandecar | Case filed: 05/20/2020 | Office: Missoula | 1 - Kevin M Vandecar | Added: 05/20/2020 |
| 9:20-po-05038-KLD | USA vs Bresson | Case filed: 08/19/2020 | Office: Missoula | 1 - Reyce A Bresson | Added: 08/19/2020 |
| 9:20-po-05041-KLD | USA vs Constant | Case filed: 08/19/2020 | Office: Missoula | 1 - Trenton M Constant | Added: 08/19/2020 |
| 9:20-po-05043-KLD | USA vs Galarneau | Case filed: 08/19/2020 | Office: Missoula | 1 - Memorie D Galarneau | Added: 08/19/2020 |
| 9:20-po-05044-KLD | USA vs Hall | Case filed: 08/19/2020 | Office: Missoula | 1 - Henry M Hall | Added: 08/19/2020 |
| 9:20-po-05047-KLD | USA vs Kramer | Case filed: 08/19/2020 | Office: Missoula | 1 - Gregory C Kramer | Added: 08/19/2020 |
| 9:20-po-05050-KLD | USA vs Melendrez | Case filed: 08/19/2020 | Office: Missoula | 1 - Crystal Melendrez | Added: 08/19/2020 |
| 9:20-po-05051-KLD | USA vs Mihalic | Case filed: 08/19/2020 | Office: Missoula | 1 - John T Mihalic | Added: 08/19/2020 |
| 9:20-po-05053-KLD | USA vs Neal | Case filed: 08/19/2020 | Office: Missoula | 1 - Mark E Neal | Added: 08/19/2020 |
| 9:20-po-05056-KLD | USA vs Schlosser | Case filed: 08/19/2020 | Office: Missoula | **1 - Daniel R Schlosser** | Added: 08/19/2020 |
| 9:20-po-05058-KLD | USA vs Steinbock | Case filed: 08/19/2020 | Office: Missoula | 1 - Sheila M Steinbock | Added: 08/19/2020 |
| 9:20-po-05062-KLD | USA vs Vohs | Case filed: 08/19/2020 | Office: Missoula | **1 - Travis N Vohs** | Added: 08/19/2020 |
| 9:20-po-05064-KLD | USA vs Lampoltshamer | Case filed: 08/20/2020 | Office: Missoula | **1 - Tyler S Lampoltshamer** | Added: 08/20/2020 |
| 9:20-po-05066-KLD | USA vs Anderson | Case filed: 11/18/2020 | Office: Missoula | 1 - Brandon C Anderson | Added: 11/18/2020 |
| 9:20-po-05071-KLD | USA vs Gardiner | Case filed: 11/18/2020 | Office: Missoula | 1 - Mason W Gardiner | Added: 11/18/2020 |
| 9:20-po-05076-KLD | USA vs Gratton | Case filed: 11/18/2020 | Office: Missoula | 1 - Alexander J Gratton | Added: 11/18/2020 |
| 9:20-po-05078-KLD | USA vs Hall | Case filed: 11/18/2020 | Office: Missoula | 1 - Henry M Hall | Added: 11/18/2020 |
| 9:20-po-05079-KLD | USA vs Hammond | Case filed: 11/18/2020 | Office: Missoula | **1 - Brian Hammond** | Added: 11/18/2020 |
| 9:20-po-05080-KLD | USA vs Hein | Case filed: 11/18/2020 | Office: Missoula | 1 - Nathan E Hein | Added: 11/18/2020 |
| 9:20-po-05081-KLD | USA vs Mackey | Case filed: 11/18/2020 | Office: Missoula | 1 - Mike J Mackey | Added: 11/18/2020 |
| 9:20-po-05082-KLD | USA vs Maki | Case filed: 11/18/2020 | Office: Missoula | 1 - Christine A Maki | Added: 11/18/2020 |
| 9:20-po-05083-KLD | USA vs Milbradt | Case filed: 11/18/2020 | Office: Missoula | 1 - Ryan Milbradt | Added: 11/18/2020 |
| 9:20-po-05084-KLD | USA vs Piper | Case filed: 11/18/2020 | Office: Missoula | 1 - Shaina B Piper | Added: 11/18/2020 |
| 9:20-po-05085-KLD | USA vs Pope | Case filed: 11/18/2020 | Office: Missoula | 1 - Lauren E Pope | Added: 11/18/2020 |

| Case | Title | Filed | Office | Defendant | Added |
|---|---|---|---|---|---|
| 9:20-po-05086-KLD | USA vs Simms | Case filed: 11/18/2020 | Office: Missoula | **1 - Bailee Simms** | Added: 11/18/2020 |
| 9:20-po-05089-KLD | USA vs Terry | Case filed: 11/18/2020 | Office: Missoula | 1 - Christina M Terry | Added: 11/18/2020 |
| 9:21-po-05002-KLD | USA vs Brooker | Case filed: 02/17/2021 | Office: Missoula | 1 - Brenda L Brooker | Added: 02/17/2021 |
| 9:21-po-05004-KLD | USA vs Henry | Case filed: 02/17/2021 | Office: Missoula | 1 - Kyle R Henry | Added: 02/17/2021 |
| 9:21-po-05006-KLD | USA vs Keefe | Case filed: 02/17/2021 | Office: Missoula | 1 - Jordan K Keefe | Added: 02/17/2021 |
| 9:21-po-05007-KLD | USA vs Palen | Case filed: 02/17/2021 | Office: Missoula | 1 - Autumn M Palen | Added: 02/17/2021 |
| 9:21-po-05008-KLD | USA vs Plant | Case filed: 02/17/2021 | Office: Missoula | 1 - Darryl J Plant | Added: 02/17/2021 |
| 9:21-po-05009-KLD | USA vs Sanderlin | Case filed: 02/17/2021 | Office: Missoula | 1 - Franklin M Sanderlin | Added: 02/17/2021 |
| 9:21-po-05010-KLD | USA vs Siefke | Case filed: 02/17/2021 | Office: Missoula | 1 - Ronald E Siefke | Added: 02/17/2021 |
| 9:21-po-05012-KLD | USA vs Anderson | Case filed: 02/18/2021 | Office: Missoula | 1 - Shawn L Anderson | Added: 02/18/2021 |
| 9:21-po-05017-KLD | USA vs Brown | Case filed: 05/19/2021 | Office: Missoula | **1 - Terry J Brown** | Added: 05/19/2021 |
| 9:21-po-05022-KLD | USA vs Sanderlin | Case filed: 05/19/2021 | Office: Missoula | 1 - Franklin M Sanderlin | Added: 05/19/2021 |
| 9:21-po-05024-KLD | USA vs Williams | Case filed: 05/19/2021 | Office: Missoula | **1 - Rilling R Williams** | Added: 05/19/2021 |
| 9:21-po-05025-KLD | USA vs Williams | Case filed: 05/19/2021 | Office: Missoula | **1 - Rilling R Williams** | Added: 05/19/2021 |
| 9:21-po-05029-KLD | USA vs Yule | Case filed: 08/19/2021 | Office: Missoula | **1 - Andrew Yule** | Added: 08/19/2021 |
| 9:21-po-05031-KLD | USA v. Maki | Case filed: 09/08/2021 | Office: Missoula | 1 - Brad A. Maki | Added: 09/08/2021 |
| 9:21-po-05032-KLD | USA v. Maki | Case filed: 09/08/2021 | Office: Missoula | 1 - Andrew Maki | Added: 09/08/2021 |
| 9:21-po-05036-KLD | USA vs Cittadini | Case filed: 10/04/2021 | Office: Missoula | **1 - Scott S Cittadini** | Added: 10/04/2021 |